In re KNAUER.

(District Court, N. D. Iowa, W. D. December 22, 1904.)

No. 403.

1. BANKRUPTCY—REFEREES—DUTIES.

It is no part of the duty of a referee in bankruptcy to notify the bankrupt or his attorney of the date of expiration of the time for filing the petition for discharge, the bankrupt and his attorney being required to take notice thereof.

2. SAME—DISCHARGE—FILING—TIME.

Bankr. Act July 1, 1898, c. 541, § 14, 30 Stat. 550 [U. S. Comp. St. 1901, p. 3427], provides that any person, after the expiration of a month and within the next twelve months subsequent to being adjudged a bankrupt, may file an application for discharge, and if it appears to the judge that the bankrupt was unavoidably prevented from filing it within such time it may be filed within the next six months. *Held*, that where petitioner was adjudged a bankrupt on October 2, 1901, and his petition for discharge was filed with the clerk October 11, 1902, but was not presented to the judge until November 25, 1904, when an order of discharge was asked, the petition was not filed in time, and the discharge would be denied.

In Bankruptcy. On petition for discharge.

George A. Gibson, for bankrupt.

REED, District Judge. The adjudication of bankruptcy was October 2, 1901, upon the voluntary petition of the bankrupt, filed that date. The petition for discharge is dated September 22, 1902, but was not filed with the clerk until October 11, 1902. The referee certifies that on September 15, 1902, he notified, by letter, the attorney for the bankrupt that the year in which the petition for discharge should be filed would expire October 12, 1902. This was no part of the duty of the referee. The bankrupt and his attorney should take notice of the date of the adjudication, and see that the petition for discharge is filed within the year from such date. As stated above, the petition for discharge is dated September 22, 1902, and no reason whatever is shown why it was not filed at such time, or within the year from the date of the adjudication, except the letter of the referee stating that such year would expire October 12, 1902. This did not, however, prevent the bankrupt from filing it at the time of its date or within a day or so thereafter. The petition for discharge was not presented to the judge within 18 months after the adjudication, and leave obtained from him to file the same within such time, nor was it ever presented to the judge until November 25, 1904, when he was asked to grant the discharge. Upon

such facts the discharge must be denied. Bankr. Act July 1, 1898, c. 541, § 14, 30 Stat. 550 [U. S. Comp. St. 1901, p. 3427].

It is ordered accordingly.